ORIGINAL

JAMES P. O'NEILL,
California State Bar No. 99086
WITTENBURG, O'NEILL & GRAY, LLP
201 South Miller Street, Suite 107
Santa Maria, California 93454
Voice: (805) 925-4200
Facsimile: (805) 925-4227
E-Mail: joneill@wog-law.com

Attorney for Defendants JOHN P. FRIEL
and MARK A. FRIEL

FILED
CLERK, U.S. DISTRICT COURT
JUN -3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

RECEIVED BUT NOT FILED
JUN -1 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL C. ABELOE, JOHN P. FRIEL, MARK A. FRIEL, and CAROL N. ABELOE, as Attorney-in-Fact for MICHAEL C. ABELOE,<br><br>Defendants. | Case No. 2:09-cv-06873-SVW-VBK<br><br>**JUDGMENT RELEASING INTERPLEADED FUNDS** |

The stipulation of all the defendants having been read and considered, and good cause appearing,

IT IS ORDERED, ADJUDGED, AND DECREED that the sum of $1,086,249.09, deposited with this court on March 23, 2010 by PRUDENTIAL INSURANCE COMPANY OF AMERICA, shall be forthwith released and paid to JOHN P. FRIEL and MARK A. FRIEL.

Date: June 3, 2010

_____
STEVEN V. WILSON
United States District Court Judge

cc: Fiscal

1

Judgment Releasing Interpleaded Funds

COPY